## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 9:13-CV-80400-_____-CV- **Marra/Matthewman**
(Judge's Last Name/Magistrate's Last Name)

UNITED STATES SECURITIES AND

EXCHANGE COMMISSION

_____
(Full Name of Plaintiff/s),

    Plaintiff (s)

vs.
Eric J. Brown

1033 Boca Cove Lane

Highland Beach, FL 33487
(Full Name of Defendant/s),

    Defendant(s).
_____/

FILED by ____ D.C.
OCT 10 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### STATUS UPDATE

    I, Eric J. Brown, Defendant pro se, in this matter, respectfully submit the following update to the Plaintiff's Motion for Summary Judgment.

Since our last adjournment I have been in constant communication with the SEC. I have reached out to them on a daily basis. I have spoken with John Graubard, Esq. (attorney for the SEC) almost every day. I also provided them with another written settlement outline that I believe is responsive to their position. John Graubard, Esq. with the SEC believes he can get my offer approved.

Unfortunately, despite repeated phone calls the SEC has not given me any indication on whether that proposal is acceptable or if there are any open issues. As of today he is still waiting to hear back from the people who have the final decision.

Given the circumstances I respectfully ask the Court not take any action on the pending motion.

Oct. 10, 2013
Dated: Month, day, year

Respectfully submitted,

ERIC BROWN
Name of Filer

1033 BOCA COVE LANE
Street Address

HIGHLAND BEACH, FL 33487
City, State, Zip Code

Telephone: 561-414-3853

*[signature]*
Defendant

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

ERIC BROWN by fax, email and mailed on Oct 10, 2013

on all counsel or parties of record on the Service List below.

*[signature]*
Signature of Filer

## SERVICE LIST

JOHN GRAUBARD
Party or Attorney Name

GRAUBARDJ@SEC.GOV
Attorney E–mail Address *(if applicable)*

SECURITIES & EXCHANGE COMMISSION
Firm Name *(if applicable)*

3 WORLD FINANCIAL CENTER#400
Street Address

NEW YORK, NY 10281-1022
City, State, Zip Code

Telephone: 212-336-0084

Facsimile: 212-336-1353

JOHN GRAUBARD
Attorneys for Plaintiff
*[Party's Name(s)] (if applicable)*

ERIC BROWN
Party or Attorney Name

JILLIRISBROWN@YAHOO.COM
E–mail Address *(if applicable)*

Firm Name *(if applicable)*

1033 BOCA COVE LANE
Street Address

HIGHLAND BEACH, FL 33487
City, State, Zip Code

Telephone: 561-414-3854

Facsimile:

Defendant
*[Party's Name(s)] (if applicable)*